

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 1, 2024

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   ***United States v. Vincent Cannady*, 24 Mag. 869**

Dear Judge McCarthy:

The Government respectfully requests that the complaint and arrest warrant issued in the above-referenced case be unsealed. The defendant was arrested this morning and is expected to be presented today in the Western District of Missouri.

Thank you for your consideration of this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Reyhan Watson
Assistant United States Attorney
(914) 993-1965
Reyhan.Watson@usdoj.gov

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy   5-1-2024